

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2022

No. 04-22-00346-CR

Quentin Dewayne **DILWORTH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR5590
Honorable Ron Rangel, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on August 10, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2022.

_____
Michael A. Cruz, Clerk of Court